IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALAN WAYNE DAVIS,

    Petitioner,

v.	CASE NO. 1:08-cv-00132-MP-AK

WALTER MCNEIL,

    Respondent.

_____/

**REPORT AND RECOMMENDATION**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus , filed by Earl Butler.  Petitioner has also filed a motion for leave to proceed *in forma pauperis*.  Doc. 2.

Petitioner is currently incarcerated in Columbia County , Florida, and challenges his conviction from the Circuit Court of Seminole County, Florida.  Doc. 1.  Jurisdiction is therefore appropriate in the United States District Court for the Middle District of Florida, as the district of confinement and conviction.  28 U.S.C. § 2241(d).   Under no circumstances is this cause properly pending in this district.

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this *14th*   day of July, 2008

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**