IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALAN WAYNE DAVIS,

    Petitioner,

v.                                        CASE NO. 1:08-cv-00132-MP-AK

WALTER A MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, recommending that this matter be transferred to the United States District Court for the Middle District of Florida. Jurisdiction is appropriate in that district, as the district of confinement and conviction. 28 U.S.C. § 2241(d). Accordingly it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida.

    **DONE AND ORDERED** this *20th* day of August, 2008

                            *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge